**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UROLOGIX, INC.,

    Plaintiff,

v.                                          Case No:  8:08-CV-669-T-30MAP

MICHAEL WOOD and JOSE BOSQUE,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon Plaintiff's Motion for Preliminary Injunction (Dkt. 7). This matter was considered by United States Magistrate Judge Mark A. Pizzo, who has filed his report recommending that the Plaintiff's motion be granted, see Dkt. 34. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Defendants have filed objections to the Report and Recommendation (Dkt. 37).

After careful consideration of the Report and Recommendation of the Magistrate Judge and Defendants' objections thereto and the Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

It is therefore **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Dkt. 34) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Preliminary Injunction (**Dkt. 7**) is **GRANTED**.

3. Defendants Wood and Bosque are enjoined and restrained, directly or indirectly, and whether alone or in concert with others, from:

   a. selling competitive products, directly or indirectly, on their own behalf, or on the behalf of anyone else;

   b. rendering any competitive services, directly or indirectly, on their own behalf, or on the behalf of anyone else; or

   c. retaining, using, disclosing, or transmitting Urologix's confidential information, including but not limited to customer information and product and service usage information of Urologix customers and prospects obtained as employees of Urologix.

4. Defendants Wood and Bosque are not prohibited from selling or rendering services using any lawfully obtained Urologix machines, equipment, or devices.

5. The geographic scope of the injunction includes only the regions covered by Wood and Bosque during their employment with Urologix. For Wood, the geographic scope includes the State of Florida, except the panhandle. For Bosque, the geographic scope includes the State of Florida and South Georgia.

6. Within **THIRTY (30) DAYS** of the date of this Order, Defendants Wood and Bosque shall advise, in writing, all customers and prospects with whom they have done or

tried to do business in 2007 and 2008 that they are not affiliated in any respect with Urologix.

    7. The preliminary injunction shall take effect upon Urologix's filing of a surety or cash bond in the amount of $25,000, approved by the Clerk of this Court.

    8. The preliminary injunction will remain in effect until the final disposition of this matter.

    **DONE** and **ORDERED** in Tampa, Florida on July 18, 2008.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

**<u>Copies Furnished to</u>**:
Counsel/Parties of Record

S:\Odd\2008\08-cv-669.adopt 34.wpd