UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UROLOGIX, INC.,

        Plaintiff,

v.                      Case No. 8:08-cv-669-T-33MAP

MICHAEL WOOD and JOSE BOSQUE,

        Defendants.

_____/

**ORDER**

This matter comes before the Court on Defendants Michael Wood and Jose Bosque's Motion for Clarification of Order Regarding Preliminary Injunction (Doc. # 44), filed September 12, 2008. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a magistrate judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such a motion. For purposes of judicial economy and in order to expedite the disposition of this motion, the Court shall so refer the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants Michael Wood and Jose Bosque's Motion for Clarification of Order Regarding Preliminary Injunction (Doc. # 44) is hereby **REFERRED** to the Honorable Mark A. Pizzo, United States

Magistrate Judge, for the issuance of a Report and Recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>18th</u> day of September, 2008.

                                                VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record